UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEONARDO RIBEIRO, | Case No. 1:24-cv-00781-TWP-MJD |
| Petitioner, | |
| v. | |
| PATRICIA KRAUSE, | |
| Respondent. | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Petitioner Leonardo Ribeiro**

| May 8, 2024 | */s/ Adriana M. Conway* |
|---|---|
| Date | *Attorney's signature* |
| | Adriana M. Conway        38162-49 |
| | *Printed name and bar number* |
| | FROST BROWN TODD LLP |
| | 111 Monument Circle, Suite 4500 |
| | P.O. Box 44961 |
| | Indianapolis, IN  46244-0961 |
| | *Address* |
| | aconway@fbtlaw.com |
| | *E-mail address* |
| | 317-237-3800        317-237-3900 |
| | *Telephone number        FAX number* |

0157235.0787168  4870-2246-2141v1